IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. HOFFMAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:CV-11-1227 |
| | : | |
| v. | : | |
| | : | (Judge Nealon) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | (Magistrate Judge Smyser) |
| Defendant | : | |

## ORDER

**NOW**, this 20th day of January, 2012, for the reasons set forth in the Memorandum dated this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 9) is **ADOPTED**.

2. Plaintiff's appeal is **GRANTED** and the case is **REMANDED** to the Commissioner to calculate and pay benefits.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

**FILED**
**SCRANTON**
JAN 2 0 2012

PER_____
DEPUTY CLERK